JOHN W. ROE *vs.* CARRINGTON A. PHELPS.

First Judicial District.

Submitted on briefs May 4th—decided June 10th, 1909.

ACTION to recover the purchase price of a water wheel alleged to have been sold to the defendant, brought to the Court of Common Pleas in Litchfield County and tried to the jury before *Welch, J.;* verdict and judgment for the defendant. *Error and new trial ordered.*

*Wilbur G. Manchester*, for the appellant (plaintiff).

*Wellington B. Smith* and *Frank B. Munn*, for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in Litchfield County.